# UNITED STATES DISTRICT COURT
## CENTRAL DISTRICT OF CALIFORNIA

### CIVIL MINUTES-GENERAL

Case No. CV 16-1828-PA (PLA)                                          Date  May 25, 2016

Title:   Mohamed Ahmed Elramady v. US Customs in LAX Airport

-----------------------------------------------------------------------------------------------------------------------

PRESENT:  THE HONORABLE    PAUL L. ABRAMS

☐ U.S. DISTRICT JUDGE
☒ MAGISTRATE JUDGE

| Christianna Howard | N/A | N/A |
|---|---|---|
| Deputy Clerk | Court Reporter / Recorder | Tape No. |

ATTORNEYS PRESENT FOR PLAINTIFFS:               ATTORNEYS PRESENT FOR DEFENDANTS:
NONE                                                                         NONE


PROCEEDINGS:          (IN CHAMBERS)

Pursuant to this Court's Order of March 22, 2016, plaintiff was ordered to file two copies of the Proof of Service of the Summons and Complaint in this matter showing compliance with the Court's Order within sixty days of the filing of the Complaint, i.e., by May 20, 2016.  The two "Proof of Service" forms filed by plaintiff on April 15, 2016, are wholly insufficient in many ways, including their failure to indicate who was served and what documents were served.  They also appear to have been served by plaintiff himself, despite a requirement that they not be served by a party to the action.  See Proof of Service, Paragraph 1.  Accordingly, **by June 16, 2016, plaintiff is ordered to show cause** why this case should not be dismissed for failure to prosecute and follow court orders.  Filing of the two copies of properly completed and executed Proofs of Service on or before June 16, 2016, shall be deemed compliance with this Order to Show Cause.


cc:     Mohamed Ahmed Elramady, Pro Se


Initials of Deputy Clerk_____ch___