JS - 6

# UNITED STATES DISTRICT COURT
# CENTRAL DISTRICT OF CALIFORNIA
# WESTERN DIVISION

| | | |
|---|---|---|
| MOHAMED AHMED ELRAMADY, | ) | No. CV 16-1828-PA (PLA) |
| Plaintiff, | ) | **JUDGMENT** |
| v. | ) | |
| U.S. CUSTOMS IN LAX AIRPORT, | ) | |
| Defendant. | ) | |

Pursuant to the Order accepting the Magistrate Judge's Report and Recommendation,

IT IS ADJUDGED that this action is dismissed without prejudice.

DATED: July 28, 2016

_____
HONORABLE PERCY ANDERSON
UNITED STATES DISTRICT JUDGE